IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>ADALBERTO MALDONADO MELÉNDEZ, a/k/a "Berto"<br>Defendant | CRIMINAL 17-0279CCC |

**ORDER**

Having considered the Motion to Dismiss Count One of the Indictment filed by defendant Adalberto Maldonado Meléndez on September 14, 2017 (**d.e. 21**), the United States' Response in Opposition filed on November 20, 2017 (d.e. 24), and the Report and Recommendation filed by U.S. Magistrate-Judge Bruce J. McGiverin on December 1, 2017 (**d.e. 25**), which remains unopposed, said Report and Recommendation is APPROVED and ADOPTED and defendant's Motion to Dismiss is DENIED.

The parties are GRANTED until **MARCH 5, 2018** to conduct and conclude their plea negotiations and, if successful, defendant shall file his change of plea motion by **MARCH 16, 2018**.  The jury trial is RESET, within speedy trial constraints, for **APRIL 6, 2018** at **9:30 AM**.

SO ORDERED.

At San Juan, Puerto Rico, on January 23, 2018.

S/CARMEN CONSUELO CEREZO
United States District Judge